Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 25-cr-92-CKK |
| THOMAS G. EHR | ) |

## WAIVER OF INDICTMENT

I, __Thomas G. Ehr__, the above-named defendant, who is accused of

Conspiracy to defraud the United States in violation of 18 U.S.C. § 371
Willful failure to file and pay over tax in violation of 26 U.S.C. § 7203

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 22, 2025__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____    Date: __April 22, 2025__
Colleen Kollar-Kotelly
United States District Judge