Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 25-cr-92-CKK
)
)
THOMAS G. EHR )
)
)

### WAIVER OF INDICTMENT

I, _____Thomas G. Ehr_____, the above-named defendant, who is accused of

Conspiracy to defraud the United States in violation of 18 U.S.C. § 371
Willful failure to file and pay over tax in violation of 26 U.S.C. § 7203

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____April 22, 2025_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____/s/ Colleen Kollar-Kotelly_____    Date: _____April 22, 2025_____
Colleen Kollar-Kotelly
United States District Judge